**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Sheri Guerami** (SBN 265231)
213.418.9340 | sguerami@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
New Penn Financial, LLC, dba Shellpoint Mortgage Servicing

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIE A. SYLVIA an individual, <br><br> V. <br><br> NEW PENN FINANCIAL, LLC, a/k/a SHELLPOINT MORTGAGE SERVICING, and DOES 1 through 10, inclusive | Case No.: 2:17-CV-01388-MCE-CKD <br><br> **STIPULATION FOR ARBITRATION AND STAY OF ACTION** |

Plaintiff Dorie A. Sylvia ("Plaintiff") and Defendant New Penn Financial, LLC, dba Shellpoint Mortgage Servicing ("Defendant") (collectively, "Parties"), through their counsel of record, hereby stipulate and agree as follows in this action:

1. The Parties shall submit all pending disputes, claims or controversies to JAMS for neutral and binding arbitration.

2. The JAMS Comprehensive Arbitration Rules & Procedures shall apply to the arbitration.

3. The Parties give up any rights they might possess to have this matter litigated in a court or to have a jury trial.

4. Defendant shall bear the filing fees and arbitrator fees assessed by JAMS for the arbitration, except that Plaintiff shall pay $250 of the JAMS filing fee.

5. The proceedings to enforce, confirm, modify or vacate the arbitration award will be controlled by and conducted in conformity with the Federal Arbitration Act, 9 U.S.C. section 1, *et seq*.

6. The Court shall stay this action pending completion of the arbitration.

7. The Parties shall submit a status update to the Court concerning the progress of the arbitration every 120 days from the entry of the Court's order on this Stipulation.

DATED: February 20, 2018.

YU | MOHANDESI LLP

By  */s/ Jordan S. Yu*
Jordan S. Yu
Attorneys for Defendant
New Penn Financial, LLC dba Shellpoint Mortgage Servicing

/ / /

/ / /

/ / /

1  DATED:  February 20, 2018.
                                        Delta Law Group
2

3
                                        By  */s/ Jim G. Price*
4                                           Jim G. Price
                                            Attorneys for Plaintiff
5                                           Dorie A. Sylvia

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

## CERTIFICATE OF SERVICE

I certify that on February 20, 2018, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: February 20, 2018

By  */s/ Jim G. Price*
Jim G. Price

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071