**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Sheri Guerami** (SBN 265231)
213.418.9340 | sguerami@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
New Penn Financial, LLC, dba Shellpoint
Mortgage Servicing

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIE A. SYLVIA an individual, <br><br> V. <br><br> NEW PENN FINANCIAL, LLC, a/k/a SHELLPOINT MORTGAGE SERVICING, and DOES 1 through 10, inclusive | Case No.: 2:17-cv-01388-MCE-CKD <br><br> **ORDER GRANTING STIPULATION FOR ARBITRATION AND STAY OF ACTION** |

# ORDER

Good cause appearing, the stipulation of the Parties is hereby adopted by the Court. This action is stayed until completion of the arbitration. The Parties shall submit status updates to the Court concerning the arbitration every 120 days from the entry of this Order.

IT IS SO ORDERED.

Dated: February 21, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE