# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIE A. SYLVIA an individual,<br><br>V.<br><br>NEW PENN FINANCIAL, LLC, a/k/a SHELLPOINT MORTGAGE SERVICING, and DOES 1 through 10, inclusive | Case No.: 2:17-cv-01388-MCE-CKD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

In accordance with the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(A)(1)(ii), and good cause appearing, Plaintiff's Complaint and any and all claims for relief in the above-entitled action are hereby dismissed with prejudice, each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 20, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE